# EXHIBIT B

CERTIFICATE OF U.S. TRADEMARK
REGISTRATION NO. 2,422,594

# EXHIBIT B

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,424,728

Registered Jan. 30, 2001

## TRADEMARK
### PRINCIPAL REGISTER

# DONNA L'ORÉN

JUMPSHOT SPORTSWEAR INC. (NEW YORK CORPORATION)
1359 BROADWAY
SUITE 803
NEW YORK, NY 10018

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY SLEEPWEAR, FOUNDATION GARMENTS, BRASSIERES, GIRDLES, LINGERIE, PANTIES, UNDERWEAR, COATS, RAINCOATS, BELTS, WAISTCOATS, BLOUSES AND PULLOVERS, JACKETS, TROUSERS, SKIRTS, DRESSES, SUITS, SHIRTS AND CHEMISES, T-SHIRTS, SWEATERS, SOCKS, STOCKINGS, GLOVES, TIES, SCARVES, HATS AND CAPS, BOOTS, SHOES AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-15-1997; IN COMMERCE 4-15-1997.

"DONNA L'OREN" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 75-757,540, FILED 7-16-1999.

MONIQUE MILLER, EXAMINING ATTORNEY