# EXHIBIT C

CERTIFICATE OF U.S. TRADEMARK
REGISTRATION NO. 2,424,728

# EXHIBIT C

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,422,594
Registered Jan. 23, 2001

## TRADEMARK
PRINCIPAL REGISTER

### PRETTY ANGEL BY DONNA LOREN

JUMP SHOT SPORTS WEAR INC. (NEW YORK CORPORATION)
1359 BROADWAY
SUITE 803
NEW YORK, NY 10018

FOR: LADIES' SPORTSWEAR, NAMELY--DRESSES, OUTER COATS AND JACKETS, SHOES, SLEEPWEAR AND LINGERIE, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-24-1999; IN COMMERCE 6-24-1999.

THE NAME "DONNA L'OREN" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 75-569,522, FILED 10-14-1998.

ROBERT C. CLARK JR., EXAMINING ATTORNEY