UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INTERNATIONAL LABELS, LLC,                           Docket No.: _____

              *Plaintiff*,

      -against-                                         **Rule 7.1 Statement**

SPORTLIFE BRANDS LLC,

             *Defendants*.
-----------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for INTERNATIONAL LABELS LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

        None.

Dated: Bayside, New York
       December 6, 2019

                                  Yours, etc.,
                                  JOEL SCOTT RAY, ESQ.

                                  */s/ Joel Scott Ray*_____
                                  By:    Joel Scott Ray, Esq.
                                  *Attorneys for Plaintiff*
                                  16-06 200th Street
                                  Bayside, NY 11360
                                  Tel. (917) 748-5615

1