UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INTERNATIONAL LABELS, LLC,                    Docket No.: 19-cv-11370

                     *Plaintiff*,

     -against-

SPORTLIFE BRANDS LLC, ELIE LEVY,
EDDIE DAYAN, MICHAEL KASSIN,
BLACKVIEW CAPITAL, LLC, FOREVER
BEAUTY NY LLC, STARWOOD BRANDS, LLC,
AMAZON.COM INC., BEALL'S OUTLET
STORES, INC., BOSCOV'S INC.,
BURLINGTON STORES INC.,
GROUPON INC., MARSHALLS OF MA, INC.,
MOBESANO LLC, NORDSTROM, INC.,
ROSS STORES, INC., and
T.J. MAXX INC.,

                    *Defendants.*
------------------------------------------------------------------X

## CONSENT ORDER GRANTING
## SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, Plaintiff, International Labels LLC, substitutes Richard J. Migliaccio, Esq, Bar No. RM4293 as counsel of record in place of Joel Scott Ray, Esq.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Richard J. Migliaccio, Esq. |
| Address: | 410 Park Avenue, Ste. 1630, New York, NY 10022 |
| Telephone: | (212) 239-9900 ext. 40 |
| E-mail: | miglia@bronsonmiglia.com |

I consent to the above substitution.       International Labels LLC
Date: January 27, 2020

Signed: _____
By: Salim Assa, Authorized Person

I consent to being substituted.  
Date: January 28, 2020

Joel Scott Ray, Esq.

Signed: *Joel Scott Ray*  
By: Joel Scott Ray, Esq.

I consent to the above substitution.  
Date: January 27, 2020

Richard J. Migliaccio, Esq.

Signed: *[signature]*  
By: Richard J. Migliaccio

The substitution of attorney is hereby approved and so ORDERED.

Date: New York, New York  
_____, 2020

ALISON J. NATHAN  
United States District Judge