DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/21

# RICHARD J. MIGLIACCIO, ESQ.
## Attorney at Law
410 Park Avenue, Suite 1630
New York, NY 10022
Tel. (212) 239-9900, ext 40;  Cell Phone: (917) 881-2884;
Fax: (212) 239-7468;  E-mail: richard@assaproperties.com

**Via ECF** – April 12, 2021
Hon. Alison J. Nathan
United States District Judge
40 Foley Square, Room 415
New York, NY 10007-1312

Re:  *Int' l Labels, LLC v. Sportlife Brands, LLC. et al.*, Case No. 19-cv-11370-AJN

Dear Judge Nathan:

I represent the plaintiff International Labels LLC in this action. We request an extension for the time to file a Third Amended Complaint. The time is due to expire this Wednesday, April 14, 2021. We request a short extension of two (2) weeks to April 28, 2021.

The reason for such request is that we are finding more time is necessary for us under the present conditions we are all experiencing to complete tasks, including the work needed here, and we also want to use the additional time to pursue settlement negotiations.

We requested consents from the defendants on Friday, April 9, 2021. We have received consents from the attorneys for defendants Sportlife Brands LLC and Nordstrom so far. We do not want to delay the request to you any longer to receive additional consents, as we wish to comply as far as possible with your own time standards. However, we shall notify you of any additional responses from the other defendants.

We thank Your Honor for your consideration.

Respectfully submitted,

/s/ *Richard J. Migliaccio*
Richard J. Migliaccio, Esq.

**SO ORDERED.**

*[signature]*
4/14/21