UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
INTERNATIONAL LABELS LLC,

                    *Plaintiff,*         Civ. Action No. 19-cv-11370 (AJN)(SLC)

     - against -              NOTICE OF VOLUNTARY DISMISSAL
                                 OF ALL DEFENDANTS

SPORTLIFE BRANDS, LLC; ELIE LEVY,
EDDIE DAYAN; MICHAEL KASSIN;
FOREVER BEAUTY NY, LLC; STARWOOD
BRANDS, LLC; AMAZON.COM, INC.;
BEALL'S OUTLET STORES, INC.; BOSCOV'S,
INC.; BURLINGTON STORES, INC.;
GROUPON, INC.; THE TJX COMPANIES, INC.,
doing business as MARSHALLS OF MA, INC.,
and as T.J. MAXX, INC.; NORDSTROM, INC.;
ROSS STORES, INC., and unknown "XYZ
COMPANY" Nos. 1-10,

                    *Defendants*.
-------------------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff International Labels LLC, by and through its undersigned attorney, hereby voluntarily dismisses without prejudice the action against all Defendants, none of which have served either an answer or a motion for summary judgment.

Dated: New York, New York
      April 26, 2021

                             /s/ *Richard J. Migliaccio*
                             Richard J. Migliaccio, Esq.
                             *Attorney for Plaintiff*
                             410 Park Avenue, Suite 1630
                             New York, NY 10022
                             Tel.: (212) 239-9900, ext. 40
                             Email: richard@assaproperties.com